JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ESTRADA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 5:17-cv-01910-PJW<br><br>**JUDGMENT** |

　　Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: June 8, 2018

_/s/ Patrick J. Walsh_
THE HONORABLE PATRICK J. WALSH
United States Magistrate Judge

-1-