LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

|  |  |
|---|---|
| CYNTHIA ESTRADA, | No.  EDCV 17 – 01910 PJW |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. |  |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, |  |
| Defendant. |  |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) subject to the terms of the stipulation.

    DATE: July 10, 2018   _____

                      HON. PATRICK J. WALSH,
                      UNITED STATES MAGISTRATE JUDGE